UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL FERGUSON, | CASE NO.   C06-5554JKA |
| Plaintiffs, | ORDER DISMISSING CASE |
| v. | |
| KITSAP COUNTY, *et al.*, | |
| Defendant. | |

The court, having reviewed the record, does hereby FIND and ORDER:

(1) On or about January 24, 2007, Plaintiff's attorney notified the court that Plaintiff had died in the Fall of 2007.  Plaintiff's attorney had contacted Plaintiff's personal representative of Plaintiff's estate (Plaintiff's brother), and explained that he could only maintain the matter if the estate would have to be officially opened and take over as the Plaintiff in this matter.  The estate has not appeared in the matter, and the court allowed the Plaintiff's attorney to withdraw.

(2) Accordingly, this matter is hereby **DISMISSED without prejudice**.

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 20th day of May, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1